Certificate Number: 15725-CAC-CC-039336836



15725-CAC-CC-039336836

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 13, 2025, at 11:14 o'clock AM EST, Cherie Jasso received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Central District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    February 13, 2025              By:    /s/Miguel Oswaldo Gonzalaz Garcia

Name:    Miguel Oswaldo Gonzalaz Garcia

Title:    Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

Certificate Number: 15725-CAC-CC-039336837



15725-CAC-CC-039336837

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 13, 2025</u>, at <u>11:14</u> o'clock <u>AM EST</u>, <u>Cipriano Jasso</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>February 13, 2025</u>   By:  <u>/s/Miguel Oswaldo Gonzalaz Garcia</u>

Name:  <u>Miguel Oswaldo Gonzalaz Garcia</u>

Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).