Certificate Number: 14912-CAC-DE-039394610

Bankruptcy Case Number: 25-10971



14912-CAC-DE-039394610

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2025, at 7:08 o'clock PM EST, Cherie Jasso completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  March 2, 2025              By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor