| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

# United States Bankruptcy Court
## Central District of California - Riverside Division

In re:

Cherie Lynn Jasso

Cipriano Ceja Jasso III

Debtor(s).

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/19/2025     Cherie Lynn Jasso
                     Printed name of Debtor 1          Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/19/2025     Cipriano Ceja Jasso III
                     Printed name of Debtor 2          Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                F 1002-1.EMP.INCOME.DEC

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | CIPRIANO C JASSO III |
| Employee ID: | 03566860 |
| Finance Number: | 05-5790 |
| Pay Location: | 000 |
| Pay Period: | 26-2024 |
| Pay Date: | 12/20/24 |
| Inclusive Dates: | 11/30/24 - 12/13/24 |

**Net Pay:**  $2,435.02

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 26-24 | 1 | E | 17 | | 090 | 88,836 | 056 | SICK LEAVE | 40.00 | 1,708.38 |
| 26-24 | 2 | E | 17 | | 090 | 88,836 | 035 | EXTRA STRAIGHT TIME | 9.89 | 422.40 |
| 26-24 | 2 | E | 17 | | 090 | 88,836 | 052 | WORK HOURS | 40.00 | 1,708.38 |
| 26-24 | 2 | E | 17 | | 090 | 88,836 | 054 | NIGHT WORK PREM HOURS | 11.39 | 38.92 |
| 26-24 | 2 | E | 17 | | 090 | 88,836 | 072 | SUNDAY PREMIUM | 12.48 | 133.25 |
| | | | | | | | | **Total Hours Gross Pay:** | | 4,011.33 |

## Leave & Retirement Information

**Category: 6.00** — Annual Leave
Leave Computation Date: 09/15/18

| | |
|---|---:|
| AL Prior Year Balance | 152.00 |
| AL Maximum Carryover | 640.00 |
| AL Carried over from Prior Year | 152.00 |
| + AL Earned YTD | 144.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 48.00 |
| = Earned Annual Leave Balance | 248.00 |
| + AL Advanced YTD | 16.00 |
| = Available AL Balance | **264.00** |
| AL Used this Pay Period | .00 |

**Category: 4.00** — Sick Leave

| | |
|---|---:|
| SL Prior Year Balance | 140.00 |
| + SL Earned YTD | 96.00 |
| - SL Used YTD | 104.00 |
| = Current SL Balance | **132.00** |
| SL Used this Pay Period | 40.00 |

### Other Leave

#### Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

|  | Retirement | |  |
|---|---|---|---|
| YTD: | 3,891.82 | Total: | 16,789.67 |

| FERS USPS Thrift Contributions | | | |
|---|---|---|---|
| PP 1%: | 34.17 | YTD USPS 1%: | 884.54 |
| PP Match: | 136.67 | YTD Matching: | 3,537.94 |

| Insurance Income | | | |
|---|---|---|---|
| Pay Period: | 4.35 | YTD: | 112.04 |

| Earnings Statement Messages |
|---|
| No messages |

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
|  | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $4,011.33 | $114,128.09 |

## Deductions

| Description | Amount | |
|---|---|---|
|  | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 150.34 | 3,891.82 |
| Social Security | 232.06 | see YTD below |
| Medicare | 54.27 | see YTD below |
| Federal Tax: M 02 | 295.89 | 8,988.79 |
| Health Plan Pre-tax: (Family) B32 Anthem Blue Cross Select HMO C | 215.17 | 5,571.44 |
| State Income Tax: CA S 00 | 202.75 | 6,304.32 |
| FEDVIP Vision Pre Tax | 10.65 | 276.84 |
| FEDVIP Dental Pre Tax | 42.49 | 1,104.68 |
| Optional Insurance: C 5 | 4.15 | 107.90 |
| Social Security (deducted on Ins Income) | .27 | 6,651.80 |
| Medicare (deducted on Ins Income) | .06 | 1,555.66 |
| TSP Loan: G | 68.37 | 1,777.62 |
| TSP Loan: G | 24.41 | 634.66 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 170.84 | 4,422.50 |
| Thrift Savings Plan (TSP): $ - (Roth) | 30.00 | 750.00 |
| Union Dues: S | 15.00 | 390.00 |
| Union Dues: L | 35.45 | 921.70 |
| Allotment | 24.14 | 627.64 |
| Total Current Pay Period Deductions: | 1,576.31 |  |
| Total Adjustments Deductions: | .00 |  |
| Total Deductions: | $1,576.31 | $43,977.37 |
| Net Pay (Net To Bank): | $2,435.02 | $70,150.72 |

## Adjustments

No adjustments for this pay period

2/2

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | CIPRIANO C JASSO III |
| Employee ID: | 03566860 |
| Finance Number: | 05-5790 |
| Pay Location: | 000 |
| Pay Period: | 01-2025 |
| Pay Date: | 01/03/25 |
| Inclusive Dates: | 12/14/24 - 12/27/24 |

**Net Pay:** $3,119.77

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-25 | 1 | E | 17 | | 090 | 88,836 | 035 | EXTRA STRAIGHT TIME | 17.42 | 744.00 |
| 01-25 | 1 | E | 17 | | 090 | 88,836 | 052 | WORK HOURS | 40.00 | 1,708.38 |
| 01-25 | 1 | E | 17 | | 090 | 88,836 | 054 | NIGHT WORK PREM HOURS | 7.85 | 26.82 |
| 01-25 | 1 | E | 17 | | 090 | 88,836 | 072 | SUNDAY PREMIUM | 11.16 | 119.16 |
| 01-25 | 2 | E | 17 | | 090 | 88,836 | 035 | EXTRA STRAIGHT TIME | 12.79 | 546.26 |
| 01-25 | 2 | E | 17 | | 090 | 88,836 | 052 | WORK HOURS | 32.00 | 1,366.71 |
| 01-25 | 2 | E | 17 | | 090 | 88,836 | 054 | NIGHT WORK PREM HOURS | 5.85 | 19.99 |
| 01-25 | 2 | E | 17 | | 090 | 88,836 | 058 | HOLIDAY LEAVE | 8.00 | 341.68 |
| 01-25 | 2 | E | 17 | | 090 | 88,836 | 072 | SUNDAY PREMIUM | 10.76 | 114.89 |
| | | | | | | | | **Total Hours Gross Pay:** | | 4,987.89 |

## Leave & Retirement Information

**Category: 6.00** — Annual Leave
Leave Computation Date: 09/15/18

| | |
|---|---|
| AL Prior Year Balance | 152.00 |
| AL Maximum Carryover | 640.00 |
| AL Carried over from Prior Year | 152.00 |
| + AL Earned YTD | 154.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 48.00 |
| = Earned Annual Leave Balance | 258.00 |
| + AL Advanced YTD | 6.00 |
| = Available AL Balance | **264.00** |
| AL Used this Pay Period | .00 |

**Category: 4.00** — Sick Leave

| | |
|---|---|
| SL Prior Year Balance | 140.00 |
| + SL Earned YTD | 100.00 |
| - SL Used YTD | 104.00 |
| = Current SL Balance | **136.00** |
| SL Used this Pay Period | .00 |

Other Leave

1/3

## Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

### Retirement

| | | | |
|---|---:|---|---:|
| YTD: | 150.34 | Total: | 20,681.49 |

### FERS USPS Thrift Contributions

| | | | |
|---|---:|---|---:|
| PP 1%: | 34.17 | YTD USPS 1%: | 34.17 |
| PP Match: | 136.67 | YTD Matching: | 136.67 |

### Insurance Income

| | | | |
|---|---:|---|---:|
| Pay Period: | 4.35 | YTD: | 4.35 |

### Earnings Statement Messages

REVIEW W4 IN POSTALEASE

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---:|---:|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| **Total Gross Pay:** | $4,987.89 | $4,987.89 |

## Deductions

| Description | Amount | |
|---|---:|---:|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 150.34 | 150.34 |
| Social Security | 292.61 | see YTD below |
| Medicare | 68.43 | see YTD below |
| Federal Tax: M 02 | 413.08 | 413.08 |
| Health Plan Pre-tax: (Family) B32 Anthem Blue Cross Select HMO C | 215.17 | 215.17 |
| State Income Tax: CA S 00 | 302.65 | 302.65 |
| FEDVIP Vision Pre Tax | 10.65 | 10.65 |
| FEDVIP Dental Pre Tax | 42.49 | 42.49 |
| Optional Insurance: C 5 | 4.15 | 4.15 |
| Social Security (deducted on Ins Income) | .27 | 292.88 |
| Medicare (deducted on Ins Income) | .07 | 68.50 |
| TSP Loan: G | 68.37 | 68.37 |
| TSP Loan: G | 24.41 | 24.41 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 170.84 | 170.84 |
| Thrift Savings Plan (TSP): $ - (Roth) | 30.00 | 30.00 |
| Union Dues: S | 15.00 | 15.00 |
| Union Dues: L | 35.45 | 35.45 |
| **Total Current Pay Period Deductions:** | 1,868.12 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $1,868.12 | $1,868.12 |
| **Net Pay (Net To Bank):** | $3,119.77 | $3,119.77 |

| Description | Amount Pay Period | YTD |
|---|---|---|
| Allotment | 24.14 | 24.14 |
| Total Current Pay Period Deductions: | 1,868.12 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,868.12 | $1,868.12 |
| Net Pay (Net To Bank): | $3,119.77 | $3,119.77 |

### Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | CIPRIANO C JASSO III |
| Employee ID: | 03566860 |
| Finance Number: | 05-5790 |
| Pay Location: | 000 |
| Pay Period: | 02-2025 |
| Pay Date: | 01/17/25 |
| Inclusive Dates: | 12/28/24 - 01/10/25 |

**Net Pay:** $2,718.70

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 02-25 | 1 | E | 17 | | 090 | 88,836 | 035 | EXTRA STRAIGHT TIME | 12.42 | 530.45 |
| 02-25 | 1 | E | 17 | | 090 | 88,836 | 052 | WORK HOURS | 32.00 | 1,366.71 |
| 02-25 | 1 | E | 17 | | 090 | 88,836 | 054 | NIGHT WORK PREM HOURS | 5.10 | 17.43 |
| 02-25 | 1 | E | 17 | | 090 | 88,836 | 058 | HOLIDAY LEAVE | 8.00 | 341.68 |
| 02-25 | 1 | E | 17 | | 090 | 88,836 | 072 | SUNDAY PREMIUM | 9.69 | 103.46 |
| 02-25 | 2 | E | 17 | | 090 | 88,836 | 035 | EXTRA STRAIGHT TIME | 4.03 | 172.12 |
| 02-25 | 2 | E | 17 | | 090 | 88,836 | 052 | WORK HOURS | 32.00 | 1,366.71 |
| 02-25 | 2 | E | 17 | | 090 | 88,836 | 054 | NIGHT WORK PREM HOURS | 3.11 | 10.63 |
| 02-25 | 2 | E | 17 | | 090 | 88,836 | 072 | SUNDAY PREMIUM | 10.42 | 111.26 |
| 02-25 | 2 | E | 17 | | 090 | 88,836 | 079 | HQ AUTH ADMIN LEAVE | 8.00 | 341.68 |
| | | | | | | | | **Total Hours Gross Pay:** | | 4,362.13 |

## Leave & Retirement Information

**Category: 6.00** — Annual Leave

Leave Computation Date: 09/15/18

| | |
|---|---|
| AL Prior Year Balance | 152.00 |
| AL Maximum Carryover | 640.00 |
| AL Carried over from Prior Year | 152.00 |
| + AL Earned YTD | 160.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 48.00 |
| = Earned Annual Leave Balance | 264.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | **264.00** |
| AL Used this Pay Period | .00 |

**Category: 4.00** — Sick Leave

| | |
|---|---|
| SL Prior Year Balance | 140.00 |
| + SL Earned YTD | 104.00 |
| - SL Used YTD | 104.00 |
| = Current SL Balance | **140.00** |
| SL Used this Pay Period | .00 |

Other Leave

1/3

### Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

### Retirement

| | | | |
|---|---:|---|---:|
| YTD: | 300.68 | Total: | 20,681.49 |

### FERS USPS Thrift Contributions

| | | | |
|---|---:|---|---:|
| PP 1%: | 34.17 | YTD USPS 1%: | 68.34 |
| PP Match: | 136.67 | YTD Matching: | 273.34 |

### Insurance Income

| | | | |
|---|---:|---|---:|
| Pay Period: | 4.35 | YTD: | 8.70 |

### Earnings Statement Messages

REVIEW W4 IN POSTALEASE

## Additional Pay & Other Compensation

| Description | Amount Pay Period | Amount YTD |
|---|---:|---:|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $4,362.13 | $9,350.02 |

## Deductions

| Description | Pay Period | YTD |
|---|---:|---:|
| Retirement: FERS - Ret-FICA Code E | 150.34 | 300.68 |
| Social Security | 257.16 | see YTD below |
| Medicare | 60.14 | see YTD below |
| Federal Tax: M 02 | 344.44 | 757.52 |
| Health Plan Pre-tax: (Family) B32 Anthem Blue Cross Select HMO C | 61.48 | 276.65 |
| Health Plan Pre-tax: (Family) 35B BLUE CROSS AND BLUE SHIELD | 99.90 | 99.90 |
| State Income Tax: CA S 00 | 244.14 | 546.79 |
| FEDVIP Vision Pre Tax | 10.65 | 21.30 |
| FEDVIP Dental Pre Tax | 42.49 | 84.98 |
| Optional Insurance: C 5 | 4.15 | 8.30 |
| Social Security (deducted on Ins Income) | .27 | 550.31 |
| Medicare (deducted on Ins Income) | .06 | 128.70 |
| TSP Loan: G | 68.37 | 136.74 |
| TSP Loan: G | 24.41 | 48.82 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 170.84 | 341.68 |
| Thrift Savings Plan (TSP): $ - (Roth) | 30.00 | 60.00 |
| Union Dues: S | 15.00 | 30.00 |
| Total Current Pay Period Deductions: | 1,643.43 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,643.43 | $3,511.55 |
| Net Pay (Net To Bank): | $2,718.70 | $5,838.47 |

Case 6:25-bk-10971-MH    Doc 11    Filed 03/07/25    Entered 03/07/25 21:14:21    Desc
Main Document    Page 9 of 12

| Description | Pay Period | YTD |
|---|---|---|
| Union Dues: L | 35.45 | 70.90 |
| Allotment | 24.14 | 48.28 |
| **Total Current Pay Period Deductions:** | 1,643.43 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $1,643.43 | $3,511.55 |
| **Net Pay (Net To Bank):** | $2,718.70 | $5,838.47 |

**Adjustments**

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | CIPRIANO C JASSO III |
| Employee ID: | 03566860 |
| Finance Number: | 05-5790 |
| Pay Location: | 000 |
| Pay Period: | 04-2025 |
| Pay Date: | 02/14/25 |
| Inclusive Dates: | 01/25/25 - 02/07/25 |

**Net Pay:** $1,931.69

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-25 | 1 | E | 17 | | 090 | 94,166 | 035 | EXTRA STRAIGHT TIME | 3.71 | 167.96 |
| 04-25 | 1 | E | 17 | | 090 | 94,166 | 052 | WORK HOURS | 40.00 | 1,810.88 |
| 04-25 | 1 | E | 17 | | 090 | 94,166 | 054 | NIGHT WORK PREM HOURS | 3.11 | 11.26 |
| 04-25 | 1 | E | 17 | | 090 | 94,166 | 072 | SUNDAY PREMIUM | 9.10 | 102.99 |
| 04-25 | 2 | E | 17 | | 090 | 94,166 | 035 | EXTRA STRAIGHT TIME | 4.36 | 197.39 |
| 04-25 | 2 | E | 17 | | 090 | 94,166 | 052 | WORK HOURS | 32.00 | 1,448.71 |
| 04-25 | 2 | E | 17 | | 090 | 94,166 | 054 | NIGHT WORK PREM HOURS | 3.66 | 13.26 |
| 04-25 | 2 | E | 17 | | 090 | 94,166 | 056 | SICK LEAVE | 8.00 | 362.18 |
| 04-25 | 2 | E | 17 | | 090 | 94,166 | 072 | SUNDAY PREMIUM | 11.29 | 127.78 |
| | | | | | | | | **Total Hours Gross Pay:** | | **4,242.41** |

## Leave & Retirement Information

**Category: 6.00** — Annual Leave
Leave Computation Date: 09/15/18

| | |
|---|---|
| AL Prior Year Balance | 264.00 |
| AL Maximum Carryover | 640.00 |
| AL Carried over from Prior Year | 264.00 |
| + AL Earned YTD | 12.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 80.00 |
| = Earned Annual Leave Balance | 196.00 |
| + AL Advanced YTD | 148.00 |
| = Available AL Balance | **344.00** |
| AL Used this Pay Period | .00 |

**Category: 4.00** — Sick Leave

| | |
|---|---|
| SL Prior Year Balance | 140.00 |
| + SL Earned YTD | 8.00 |
| - SL Used YTD | 8.00 |
| = Current SL Balance | **140.00** |
| SL Used this Pay Period | 8.00 |

**Other Leave**

1/3

### Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

### Retirement

| | | | |
|---|---:|---|---:|
| YTD: | 619.40 | Total: | 20,681.49 |

### FERS USPS Thrift Contributions

| | | | |
|---|---:|---|---:|
| PP 1%: | 36.22 | YTD USPS 1%: | 140.78 |
| PP Match: | 144.87 | YTD Matching: | 563.08 |

### Insurance Income

| | | | |
|---|---:|---|---:|
| Pay Period: | 4.99 | YTD: | 18.68 |

### Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

| Description | Pay Period | YTD |
|---|---:|---:|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| **Total Gross Pay:** | **$4,242.41** | **$21,996.97** |

## Deductions

| Description | Pay Period | YTD |
|---|---:|---:|
| Retirement: FERS - Ret-FICA Code E | 159.36 | 619.40 |
| Social Security | 251.07 | see YTD below |
| Medicare | 58.72 | see YTD below |
| Federal Tax: M 02 | 331.44 | 2,282.04 |
| Health Plan Pre-tax: (Family) 35B BLUE CROSS AND BLUE SHIELD | 139.92 | 379.74 |
| State Income Tax: CA S 00 | 233.06 | 1,307.23 |
| Garnishment | 701.20 | 701.20 |
| FEDVIP Vision Pre Tax | 10.75 | 42.80 |
| FEDVIP Dental Pre Tax | 42.21 | 169.40 |
| Optional Insurance: C 5 | 4.15 | 16.60 |
| Social Security (deducted on Ins Income) | .31 | 1,311.12 |
| Medicare (deducted on Ins Income) | .07 | 306.63 |
| TSP Loan: G | 68.37 | 273.48 |
| TSP Loan: G | 24.41 | 97.64 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 181.09 | 703.86 |
| Thrift Savings Plan (TSP): $ - (Roth) | 30.00 | 120.00 |
| Union Dues: S | 15.00 | 60.00 |
| **Total Current Pay Period Deductions:** | 2,310.72 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | **$2,310.72** | **$8,906.15** |
| **Net Pay (Net To Bank):** | **$1,931.69** | **$13,090.82** |

| Description | Amount Pay Period | YTD |
|---|---|---|
| Union Dues: L | 35.45 | 141.80 |
| Allotment | 24.14 | 96.56 |
| Health Plan Pre-tax: (Family) B32 Anthem Blue Cross Select HMO C | .00 | 276.65 |
| **Total Current Pay Period Deductions:** | 2,310.72 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $2,310.72 | $8,906.15 |
| **Net Pay (Net To Bank):** | $1,931.69 | $13,090.82 |

### Adjustments

No adjustments for this pay period