United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 25-10971-RB |
| Cherie Lynn Jasso | Chapter 7 |
| Cipriano Ceja Jasso III | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 02, 2025 | Form ID: 318a | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cherie Lynn Jasso, Cipriano Ceja Jasso III, 78650 Avenue 42 Apt 2103, Indio, CA 92203-1372 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jun 03 2025 05:23:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 03 2025 05:23:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42345612 | | EDI: TSYS2 | Jun 03 2025 05:23:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 42345613 | | EDI: CAPITALONE.COM | Jun 03 2025 05:23:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42345614 | | EDI: CAPITALONE.COM | Jun 03 2025 05:23:00 | Capital One / Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 42345615 | + | EDI: PHINGENESIS | Jun 03 2025 05:23:00 | Concora Credit / Indigo, Po Box 4477, Beaverton, OR 97076-4401 |
| 42345616 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2025 01:57:39 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 42345618 | | EDI: AMINFOFP.COM | Jun 03 2025 05:23:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 42345619 | | Email/Text: bankruptcy@webbank.com | Jun 03 2025 01:36:00 | Imagine Credit, PO Box 105824, Atlanta, GA 30348-5824 |
| 42345620 | | EDI: JEFFERSONCAP.COM | Jun 03 2025 05:23:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 42345622 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 01:57:41 | LVNV Funding, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 42345621 | | Email/Text: EBNBKNOT@ford.com | Jun 03 2025 01:38:00 | Lincoln Automotive Financial Services, PO Box 6248, Dearborn, MI 48121-6248 |
| 42345625 | | Email/Text: ml-ebn@missionlane.com | Jun 03 2025 01:35:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348-5286 |
| 42345623 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2025 01:45:59 | Merrick Bank, 10705 S Jordan Gtwy #200, South Jordan, UT 84095-3977 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 42345624 | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2025 01:37:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 42345626 | EDI: AGFINANCE.COM | Jun 03 2025 05:23:00 | OneMain Financial, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 42345627 | EDI: PRA.COM | Jun 03 2025 05:23:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 42345628 | Email/Text: bankruptcy@possiblefinance.com | Jun 03 2025 01:36:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193-8686 |
| 42345629 | EDI: WTRRNBANK.COM | Jun 03 2025 05:23:00 | TD Bank / Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 42345630 | EDI: TCISOLUTIONS.COM | Jun 03 2025 05:23:00 | The Bank of Missouri, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 42345631 | EDI: LCIUPSTART | Jun 03 2025 05:23:00 | Upstart, PO Box 1503, San Carlos, CA 94070-7503 |
| 42345632 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 03 2025 01:46:44 | Wells Fargo Auto, 800 Walnut St, Des Moines, IA 50309-3891 |
| 42345633 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 03 2025 01:45:58 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42345617 | ## | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2025           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Cherie Lynn Jasso bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Cipriano Ceja Jasso III bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Larry D Simons (TR) | larry@janus.law   c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 02, 2025 | Form ID: 318a | Total Noticed: 24 |

United States Trustee (RS)
                    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Cherie Lynn Jasso<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9556<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Cipriano Ceja Jasso III<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9827<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 6:25–bk–10971–RB | |

## Order of Discharge – Chapter 7     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cherie Lynn Jasso

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 6/2/25

Cipriano Ceja Jasso III

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 6/2/25

**Dated:** 6/2/25

**By the court:** Magdalena Reyes Bordeaux
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

15/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**